No. 88–1686. COLORADO DEPARTMENT OF SOCIAL SERVICES *v.* OBERT. Sup. Ct. Colo. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 88–1692. ASSOCIATED BUILDERS, INC., ET AL. *v.* MEIGGS ET AL. Ct. App. D. C. Motions of National Association of Minority Contractors and Washington Metropolitan Area Transit Authority for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 88–1711. PRUESSMAN *v.* LEWIS ET AL. C. A. 11th Cir. Motion of petitioner to strike brief in opposition of respondents City of Coral Gables et al. denied. Certiorari denied.